# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

October 3, 2007

Charles R. Fulbruge III
Clerk

No. 06-41772
Conference Calendar

UNITED STATES OF AMERICA

Plaintiff-Appellee

v.

DANIEL MUNOZ

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 5:04-CR-1438-ALL

Before JOLLY, DAVIS, and WIENER, Circuit Judges.

PER CURIAM:[*]

Appealing the Judgment in a Criminal Case following a remand for resentencing, Daniel Munoz raises arguments challenging the constitutionality of 21 U.S.C. §§ 841 and 851 that he concedes are foreclosed by the law of the case doctrine and by Almendarez-Torres v. United States, 523 U.S. 224, 235 (1998). See United States v. Mata, 491 F.3d 237, 245 (5th Cir. 2007) (holding that constitutional challenges to §§ 841 and 851 are foreclosed by Almendarez-

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Torres); United States v. Matthews, 312 F.3d 652, 657 (5th Cir. 2002) (holding that under the law of the case doctrine, an issue of fact or law decided on appeal may not be reexamined by the appellate court on a subsequent appeal). The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.